UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPACINO MCDANIELS,<br>   Petitioner,<br>  v.<br>JOSIE CASTELO,<br>   Respondent. | Case No. 19-cv-01408-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 14 |

  Good cause being shown, Petitioner's request for an extension of time to file his opposition to Respondent's motion to dismiss is GRANTED. Dkt. No. 14. By October 21, 2019, Petitioner shall file his opposition to the motion to dismiss. Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14) days** of the date any opposition is filed.

  This order terminates Dkt. No. 14.

  **IT IS SO ORDERED.**

Dated: 8/7/2019

           _____
           HAYWOOD S. GILLIAM, JR.
           United States District Judge