UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALPACINO MCDANIELS,

    Petitioner,

    v.

JOSIE GASTELO,

    Respondent.

Case No. 19-cv-01408-HSG

**ORDER SETTING BRIEFING SCHEDULE**

Petitioner Alpacino McDaniels, an inmate at California Men's Colony, in San Luis Obispo, California, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a conviction from Alameda County Superior Court.[1] On January 15, 2020, the Court granted in part and denied in part respondent's motion to dismiss the petition as unexhausted, finding that Claim No. 3 is unexhausted, and that Claim Nos 1, 2, 4, 5, 6, 7 and 8 are exhausted. Dkt. No. 18. The Court required petitioner to elect by February 12, 2020, whether he wanted to: (1) dismiss the unexhausted claim and go forward in this action with only the exhausted claims, or (2) dismiss this action and return to state court to exhaust all claims before filing a new federal petition presenting all of his claims, or (3) file a motion for a stay of these proceedings while he exhausts his unexhausted claim in the California Supreme Court. Dkt. No. 18. The Court instructed petitioner that if he did not choose one of the three options by the deadline, this action would proceed solely on the exhausted claims – Claim Nos. 1, 2, 4, 5, 6, 7 and 8. Dkt. No. 18. On February 26, 2020, the Court granted petitioner an extension of time to April 27, 2020 to file his notice of election. Dkt. No. 20. The deadline to file his election has passed, and petitioner has not communicated

---

[1] The Clerk shall correct the spelling of respondent's name in the caption. Respondent is Warden Josie Gastelo, not Josie Castelo.

with the Court. Accordingly, this action will proceed solely on the exhausted claims – Claim Nos. 1, 2, 4, 5, 6, 7 and 8.

The Court sets the following briefing schedule. Within sixty (60) days of the date of this order, respondent shall show cause why a writ of habeas corpus should not be granted based on these claims. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent within thirty-five (35) days of the date the answer is filed.

**IT IS SO ORDERED.**

Dated: 6/9/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge