UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPACINO MCDANIELS,<br><br>    Petitioner,<br><br>    v.<br><br>JOSIE CASTELO,<br><br>    Respondent. | Case No. 19-cv-01408-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 24 |

Good cause being shown, petitioner's request for an extension of time to file his traverse (his response to respondent's answer) is GRANTED. Dkt. No. 24. Petitioner shall file his traverse by November 23, 2020.

This order terminates Dkt. No. 24.

**IT IS SO ORDERED.**

Dated: 9/16/2020

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge